■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL DAVIS, Appellant. [835 NYS2d 522]—Judgment, Supreme Court, New York County (Gregory Carro, J.), rendered on or about March 8, 2006, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Andrias, Saxe, Sweeny and Malone, JJ.